## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MYRTIS PAULO HART,**

    **Plaintiff,**

**v.**                                            **No. 21-cv-1078 MV-SMV**

**CURRY COUNTY ADULT DETENTION CENTER,** *et al*,

    **Defendants**.

### ORDER TO CURE DEFICIENCIES

This matter comes before the Court on Plaintiff's Civil Letter-Complaint. [Doc. 1], supplemented by [Docs. 3, 5]. To prosecute this case, he must prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within 30 days of entry of this Order. *See* 28 U.S.C. § 1915(a). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for six months. If Plaintiff has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest/detention and November 5, 2021, when he filed the case. All filings must include the case number (No. 21-cv-1078 MV-SMV). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS ORDERED** that within 30 days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Plaintiff a blank *in forma pauperis* motion.

**IT IS SO ORDERED**.

_____

**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**